# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,

           Plaintiff,    :    Case No. 1:19-cr-084
                                               Civil Case No. 1:24-cv-288

                                               District Judge Susan J. Dlott
-  vs  -                                  Magistrate Judge Michael R. Merz

MARKEITH FORD,

           Defendant.    :

## ORDER NOTING STATUS OF APPEAL

      This is an action on a Motion to Vacate under 28 U.S.C. § 2255. On November 4, 2024, the Magistrate Judge entered a stay of these proceedings pending appeal (Order, ECF No. 163). The Sixth Circuit has now upheld Ford's waiver of appeal and dismissed his appeal on that basis (Order, ECF No. 164). Ford has ninety days or until February 3, 2025, to seek review in the Supreme Court of the United States. The stay shall remain in effect pending any such application to the Supreme Court. However, the obligation of the United States to notify the Court of development in the appeal is vacated.

November 7, 2024.

                                                                s/ *Michael R. Merz*
                                                       United States Magistrate Judge